UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD V. RAY III,

      Plaintiff,

      v.

ERIC VON GERLDERN, et al.,

      Defendants.

_____/

No. C 12-0315 YGR (PR)

**ORDER OF DISMISSAL**

      This is a federal civil rights action.  Plaintiff alleges that in 2006, defendants, employees of Alameda County, seized and destroyed personal property in violation of a search warrant, thereby entitling him to relief under 42 U.S.C. § 1983.  However, neither the negligent nor intentional deprivation of property states a claim under § 1983 if the deprivation was, as was alleged here, random and unauthorized.  *See Parratt v. Taylor*, 451 U.S. 527, 535–44 (1981).  The availability of an adequate state post-deprivation remedy, e.g., a state tort action, precludes relief because it provides sufficient process.  *See Zinermon v. Burch*, 494 U.S. 113, 128 (1990).  California law provides an adequate post-deprivation remedy for any property deprivations.  *Barnett v. Centoni*, 31 F.3d 813, 816–17 (9th Cir. 1994) (citing Cal. Gov't Code §§ 810–895).  Because these property claims cannot be cured by amendment, the dismissal is with prejudice.  Accordingly, the action is DISMISSED WITH PREJUDICE.  The Clerk shall enter judgment in favor of defendants, and close the file.

      **IT IS SO ORDERED**.

DATED: ___October 25, 2012_____  _____

                                                 YVONNE GONZALEZ ROGERS
                                               UNITED STATES DISTRICT COURT JUDGE